PS 8
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 SEP -8 AM 10: 20

U. S. A. vs. DEMARA, JUDITH  Docket No. 06CR1678LAB-001

### Petition for Action on Conditions of Pretrial Release

Comes now Carlos Gutierrez Pretrial Services Officer presenting an official report upon the conduct of defendant Judith Demara who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 26th day of June, 2006, under the following conditions:

General Conditions: not commit a federal, state, or local crime during the period of release; make all court appearances.

Special Conditions: restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse. On August 22, 2006, the defendant was ordered to participate in a Global Positioning System (GPS) satellite monitoring program, remain at a specified residence from 7:00 p.m. to 7:00 a.m. daily, and clear all warrants/failures to appear within 60 days of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: report for supervision to Pretrial Services as directed by the assigned Pretrial Services Officer.

1. On September 5, 2006, the defendant failed to report to Pretrial Services for drug testing.

**Grounds for violation**: On August 30, 2006, the defendant was advised by the undersigned to report to Pretrial Services on September 6, 2006, for drug testing. The defendant failed to report for drug testing on September 6, 2006.

**Condition violated**: Participate in Global Positioning System (GPS) satellite monitoring program.

1. The defendant removed her electronic monitoring equipment and left her residence without approval from the Court.

**Grounds for violation**: On September 6, 2006, the undersigned located and retrieved the defendant's electronic monitoring equipment at the defendant's residence. Furthermore, the defendant's sister, Janet Demara, reported the defendant failed to spend the night at her residence and her whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST IN ORDER TO BRING HER BEFORE THE COURT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this ___7___ day of ___September___ and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Larry A. Burns

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___9/7/06___

Respectfully,

_____
Carlos Gutierrez, U.S. Pretrial Services Officer

Place ___El Centro, California___

Date ___September 7, 2006___